**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION**

| | |
|---|---|
| IN RE: § | |
| DEYO TRANSPORTATION § | |
| SERVICES, LLC § | |
|     DEBTOR § | BANKRUPTCY CASE NO. 21-70126 |

**EMERGENCY MOTION FOR AUTHORITY TO (I) INCUR POST-PETITION SECURED INDEBTEDNESS AND (II) MODIFYING THE AUTOMATIC STAY**

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS.**

**IF NO TIMELY RESPONSE IS FILED WITHIN 21 DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    The above-captioned Debtor ("Debtor"), by and through their undersigned attorneys, hereby file this Motion for Authority to (I) Incur Post-Petition Secured Indebtedness and (II) Modifying the Automatic Stay (the "Motion") and in support hereof, respectfully states as follows:

## I. JURISDICTION AND VENUE

1.     The Court has jurisdiction of the case and this Motion under 28 U.S.C. § 1334. This Motion constitutes a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper under 28 U.S.C. §§ 1408 & 1409.

2.     The Debtor remains in possession of the Estate as debtors-in-possession under 11 U.S.C. §§ 1107 & 1108. No subchapter V trustee has yet been appointed in the this case.

## II. FACTUAL BACKGROUND

3.     On August16, 2021 ("Petition Date"), the Debtor filed its voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code.

4. The Debtor is a company that is operating its business and managing its financial affairs as Debtor-in-Possession. No Subchapter V Trustee has been appointed at this time. No examiner or committee of unsecured creditors has been appointed to serve in this reorganization case.

5. The Debtor is operating from its facilities in Odessa, Texas. The Debtor provides transportation services, within Texas and other states, for its various clients.

6. The Debtor and Sunbelt Finance, LLC ("Secured Party") are parties to the Factoring and Security Agreement dated July 10, 2017 (the "Agreement"), a copy of which is attached as "Exhibit A."

7. The Agreement provides for advances by Secured Party to the Debtor, so long as such advances do not cause the ratio of the Debtor's obligations to Secured Party to the value (as determined in the Agreement) of the Debtor's eligible (as determined in the Agreement) accounts to exceed that set forth in the Agreement (the "Formula").

8. As of the Petition Date, the Debtor was not indebted to the Secured Party.

9. The Debtor has offered to assign its accounts to Secured Party under the Agreement and Secured Party has agreed to consider factoring accounts from the Debtor pursuant thereto.

10. The Debtor, notwithstanding its efforts to do so, is unable to obtain unsecured credit allowable under 11 U.S.C. Section 503(b)(1) as an administrative expense, or other than pursuant to 11 U.S.C. Section 364(c)(2) and (3), and the Debtor is unable to obtain credit on terms equal to or more favorable than those proposed by Secured Party.

11. Secured Party has agreed to consider providing working capital to the Debtor in accordance with the Agreement in good faith, within the meaning of 11 U.S.C. Section 364(e), and all interested parties were either notified of the Motion, as evidenced by the affidavit of service, or were present at this Court's hearing on the Motion.

12. Good cause exists for approval of the Debtor's agreement to the factoring by Secured Party under the terms of the Agreement, the entry of this Order will minimize disruption of the Debtor as a "going concern," and is in the best interest of the Debtor, its creditors, and its estate. The terms upon which the Debtor is authorized to utilize cash advances are determined as fair under the circumstances.

13. The Debtor has provided written notice of the filing of the Motion to Secured Party, the United States Trustee, all of the Debtor's secured creditors, the Internal Revenue Service, and all parties who filed requests for notice as evidenced by the affidavit of service filed by the Debtor's counsel with this Court, which notice this Court finds to be appropriate and adequate under Federal Rules of Bankruptcy Procedure 2002 and 4001, and as required by Section 364 of the Bankruptcy Code.

14. The Debtor admits, without prejudice to the rights of an Official Committee of Unsecured Creditors and third parties to challenge same to the extent set forth below, that as of the Petition Date, in accordance with the Agreement, the Debtor was indebted to the Secured Party, without defense, counterclaim, recoupment or setoff, in the aggregate amount of at least the Pre-Petition Obligation secured by a valid, enforceable and properly perfected first priority lien in the collateral described therein.

15. The Agreement with Secured Party provides a vital source of working capital for the Debtor, is in the best interests of the Debtor and its estate, and is necessary to avoid immediate and irreparable harm.

**WHEREFORE**, the Debtor respectfully requests entry of an order (a) granting the relief requested in the Motion; (b) approving the extension of Factoring Agreement on a post-petition

basis and authorizing the Debtor to operate thereunder, and (c) granting such other and further relief as is just and proper.

                                                                    Respectfully submitted,

                                                                    THE LANE LAW FIRM, PLLC
                                                                    */s/Robert C. Lane*
                                                                    Robert C. Lane
                                                                    State Bar No. 24046263
                                                                    notifications@lanelaw.com
                                                                    Joshua Gordon
                                                                     State Bar No. 24091592
                                                                    Joshua.gordon@lanelaw.com
                                                                    Christopher C. West
                                                                    State Bar No. 24102639
                                                                    chris.west@lanelaw.com
                                                                    6200 Savoy, Suite 1150
                                                                    Houston, Texas 77036
                                                                    (713) 595-8200 Voice
                                                                    (713) 595-8201 Facsimile
                                                                    COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the Motion for Authority to (I) Incur Post-Petition Secured Indebtedness and (II) Modifying the Automatic Stay was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on August 17, 2021:

<u>Debtor:</u>
Deyo Transportation Services, LLC
20 W. Harvard Cir
Odessa, Texas 79765

<u>US Trustee:</u>
Office of the U.S. Trustee
615 E. Houston Street, Suite 533
San Antonio, TX 78205

                                                */s/Robert C. Lane*
                                                Robert C. Lane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-7<br>Case 21-70126-tmd<br>Western District of Texas<br>Midland<br>Tue Aug 17 17:19:38 CDT 2021 | Deyo Transportation Services, LLC<br>1235 N 4255 Rd<br>Hugo, OK 74743-5526 | United States Trustee (SMG711)<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| U.S. BANKRUPTCY COURT<br>903 San Jacinto Blvd, Suite 322<br>Austin, TX 78701-2450 | 24 Hour Roadside Assistance<br>1603 Castle Rd.<br>Odessa, TX 79762-7906 | Altus Receivables Management<br>2400 Veterans Memorial Blvd. Ste 300<br>Kenner, LA 70062-8725 |
| Amur Equipment Finance<br>304 West 3rd St.<br>Grand Island, NE 68801-5941 | Bateman Properties<br>2861 Lorraine Road<br>Odessa, TX 79766-2187 | Bluevine Capital Inc.<br>402 Warren St<br>Redwood City, CA 94063 |
| Brandi Deyo<br>20 W. Harvard Circle<br>Odessa, TX 79765-2104 | CRS Diagnostic Service, LLC<br>5000 E. University, Blvd<br>Odessa, TX 79762-8149 | Champion Truck & Trailer, Inc.<br>P.O. Box 12240<br>Odessa, TX 79768-2240 |
| Cline Wood Agency<br>PO Box 505322<br>Saint Louis, MO 63150-5322 | Commercial Collection Corporation<br>34 Seymour St<br>Tonawanda, NY 14150-2126 | Crestmark Equipment Finance<br>5480 Corporate Drive 350<br>Troy, MI 48098-2642 |
| Dedicated Commercial Recovery, Inc.<br>1970 Oakcrest Ave. 217<br>Saint Paul, MN 55113-2624 | Equipment Finance Group<br>88 East Broadway<br>Eugene, OR 97401-3135 | First Corporate Solutions, Inc.<br>914 S Street<br>Sacramento, CA 95811-7025 |
| First National Bank Texas<br>PO Box 909<br>Killeen, TX 76540-0909 | Green Capital Funding, LLC<br>116 Nassau Street 804<br>New York, NY 10038-2481 | Hunter Warfield<br>4645 South Lakeshore Drive 11<br>Tempe, AZ 85282-7152 |
| IPFS Corporation<br>2777 Allen Parkway Suite 550<br>Houston, TX 77019-2141 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTUIT INC C O CORPORATION SERVICE COMPANY<br>251 LITTLE FALLS DRIVE<br>WILMINGTON DE 19808-1674 |
| J. Alvarez Trucking<br>12813 Padon Rd<br>Needville, TX 77461-9358 | Jeffrey Transport<br>743 S Pine<br>Kermit, TX 79745-4622 | Mark Deyo, Jr<br>20 W. Harvard Circle<br>Odessa, TX 79765-2104 |
| Marlin Business Services<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1727 | (p)PAWNEE LEASING CORPORATION ATTN SANDI CAR<br>3801 AUTOMATION WAY<br>STE 207<br>FORT COLLINS CO 80525-5735 | Pilot Thomas Logistics<br>201 North Rupert St.<br>Fort Worth, TX 76107-1432 |

Safety Kleen
2600 North Central Expressway 400
Richardson, TX 75080-2058

(p)SIMMONS BANK
Attn: Consumer Bankruptcy
601 E 3rd St.
6Fl ATTN: Consumer Bankruptcy
Little Rock, AR 72201

(p)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

Sunbelt Finance LLC
2900 Browns Lane
Jonesboro, AR 72401-7237

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

Transportation Alliance Bank
PO BOX 25934
Overland Park, KS 66225-5934

Travelers Insurance
P.O. Box 5600
Hartford, CT 06102-5600

Trisura Speciality Insurance
210 Park Avenue 1400
Oklahoma City, OK 73102-5654

United States Trustee - MD12
US Trustee's Office
615 E Houston, Suite 533
PO Box 1539
San Antonio, TX 78295-1539

Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921-2123

Wells Fargo Card Services
Bankruptcy Dept
P.O. Box 30086
Los Angeles, CA 90030-0086

Robert Chamless Lane
The Lane Law Firm, PLLC
6200 Savoy Dr, Suite 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Intuit Inc.
2700 Coast Ave
Mountain View, CA 94043

Pawnee Leasing Corporation
3801 Automation Way 207
Fort Collins, CO 80525

Simmons First National Bank
PO Box 7009
Pine Bluff, AR 71611

Stearns Bank
PO Box 750
500 13th Street
Albany, MN 56307

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Deyo Transportation Services, LLC
1235 N 4255 Rd
Hugo, OK 74743-5526

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42